**94–1789.** State v. Evans. *Lorain County,* No. 4088. Appellant has filed an untimely appeal of the court of appeals' decision denying his application for delayed reconsideration and a motion for delayed appeal. This appeal involves a civil, post-conviction matter and not an appeal of a felony case to which the provisions for delayed appeal in S.Ct.Prac.R. II(2)(A)(4) apply. Accordingly,

IT IS ORDERED by the court, *sua sponte,* that the motion for delayed appeal be, and hereby is, stricken, effective August 24, 1994.

IT IS FURTHER ORDERED by the court, *sua sponte,* that, in that appellant failed to perfect an appeal pursuant to S.Ct.Prac.R. II(2)(A)(1), this case be, and hereby is, dismissed for lack of jurisdiction.

**94–1791.** Frazier v. Columbus Bd. of Edn. *Franklin County,* No. 93APE11–1534. This cause is pending before the court as a discretionary appeal and a claimed appeal of right. Appellants filed a notice of appeal and a memorandum in support of jurisdiction on August 18, 1994. It has come to the court's attention that the memorandum in support of jurisdiction exceeds the applicable page limit under the Rules of Practice of the Supreme Court of Ohio. Accordingly,

IT IS ORDERED by the court, *sua sponte,* that the memorandum in support of jurisdiction be, and hereby is, stricken. In that a notice of appeal may not be filed in a discretionary appeal or a claimed appeal of right unless it is accompanied by a memorandum in support of jurisdiction,

IT IS ORDERED by the court, *sua sponte,* that the notice of appeal in this case be, and hereby is, stricken, and this case is hereby dismissed, effective August 24, 1994.